UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM WARLOW, <br><br> *Plaintiff* <br><br> v. <br><br> BRIGHT EYE SOLAR, LLC., and JAMES NODEN, INDIVIDUALLY, <br><br> *Defendants.* | Case No. 05:23-cv-04794-JLS <br><br> CLASS/COLLECTIVE ACTION |

### PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT

Pursuant to Rule 55(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, ADAM WARLOW, moves for the entry of a Final Default Judgment for Plaintiff and against Defendants, BRIGHT EYE SOLAR, LLC. ("Bright Eye Solar"), and JAMES NODEN, Individually, ("Mr. Noden") (collectively "Defendants") an in support thereof states as follows:

1. On December 05, 2023, Plaintiff filed his Class/Collective Action Complaint and Demand for Jury Trial for unpaid overtime wages under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"), and the Pennsylvania Minimum Wage Act of 1968 ("PMWA"), 3 P.S. §333.101, *et seq*. *See* D.E. 01.

2. On January 17, 2024, Bright Eye Solar was served with a summons and a copy of the Complaint. *See* D.E. 03, Return of Service.

3. On January 17, 2024, Mr. Nodan was served with a summons and a copy of the Complaint. See D.E. 04, Return of Service.

4. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants were required to file, whether through counsel or on their own, a pleading in response to

the Complaint within twenty-one (21) days of filing and serving the Complaint. As a result, Defendants' response to the Complaint was due on or before January 7, 2024.

5. Defendants did not respond to the Complaint.

6. On February 21, 2024, Plaintiff filed his Request for Clerk's Default. *See* D.E. 05.

7. The Clerk entered its default against Defendants on February 26, 2024. *See* D.E. 06.

8. As of the filing of the instant Request, Defendants have failed to retain counsel and/or defend themselves in this action. Accordingly, Plaintiff now requests a Default Final Judgment in his favor and against Defendants.

9. Where a party is in default the Court should accept the plaintiff's allegations of fact, except those relating to damages, as true. *See Comdyne I, Inc. v. Corbin*, 908 F.2d 1142, 1149 (3d Cir. 1990) ("A consequence of the entry of a default judgment is that 'the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true." (citing 10 C. Wright, A. Miller, & M. Kane, Federal Practice and Procedure, § 2688 at 444 (2d ed. 1983)).

10. Plaintiff, ADAM WARLOW, has been deprived of overtime wages in an amount of $39,652.50 plus an equal amount of liquidated damages, for a total of $79,305.00. See Affidavit of ADAM WARLOW, attached hereto as **Exhibit A**.

11. An additional element of Plaintiff's claims is the recovery of attorneys' fees and costs. As set forth in more detail in the accompanying Memorandum of Law, Plaintiff is the prevailing party in this matter, and the fees and costs he seeks of $6,419.86

are reasonable and due to be awarded. Plaintiff supports this request with the Affidavit of his counsel, Angeli Murthy, Esq., attached as **Exhibit B**.

12. Based on the facts and evidence before the Court, Plaintiff respectfully submits that he is entitled to entry of final default judgment in his favor in the amount set forth above as well as prevailing party attorneys' fees and costs in the amount of $6,419.86.

13. WHEREFORE, Plaintiff, ADAM WARLOW, respectfully requests the entry of a Final Judgment in his favor and against Defendants, BRIGHT EYE SOLAR, LLC., and JAMES NODEN, in the total amount of $79,305.00. In addition, Plaintiff request a total of $6,419.86, for his attorneys' fees and costs incurred and for any other relief that is just and appropriate.

DATED this 9th day of August, 2024.

Respectfully submitted,

*/s/ Angeli Murthy*
Angeli Murthy, Esq.
PA Bar No.: 93699
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Phone: (954) 327-5369
Fax: 954-327-3016
E-mail: amurthy@forthepeople.com
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF and served a copy by regular U.S. Mail on Defendants as follows:

BRIGHT EYE SOLAR, LLC  
1200 Corporate Blvd #16  
Lancaster, PA 17601

JAMES NODEN  
1200 Corporate Blvd #16  
Lancaster, PA 17601

*/s/ Angeli Murthy*  
Angeli Murthy, Esq.