IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM WARLOW, | Case No. 23-cv-4794 |
| | CLASS/COLLECTIVE ACTION |
| v. | |
| BRIGHT EYE SOLAR, LLC., and JAMES NODEN, INDIVIDUALLY, | |

**ORDER**

**AND NOW,** this 20th day of September, 2024, upon consideration of Plaintiff's Motion for Default Final Judgment (ECF No. 7), it is hereby ORDERED as follows:

1. Default Judgment is **ENTERED** in favor of Plaintiff and against Defendants BRIGHT EYE SOLAR, LLC and JAMES NODEN Individually, for Plaintiff's unpaid wages, plus an additional equal amount as liquidated damages, in total amounts as follows:

    a. Plaintiff in an amount of $39,652.50, plus an equal amount of liquidated damages, for a total of $79,305.00.

    b. Morgan & Morgan, P.A. attorneys' fees and costs: $6,419.86.

2. For these sums let execution issue forthwith.

3. Interest shall accrue at the statutory rate per annum.

4. The Clerk of the Court is directed to **CLOSE** this case.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J

1